IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| N2 Packaging Systems LLC, an Arizona limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>N2 Pack Canada Inc., an unincorporated fictitious entity; Eric Marciniak, individually; Brendan Pogue, individually; Alejo Abellan aka Alex Abellan, individually; Chakra Cannabis Corp., a Canadian federal corporation; and DOES 1-10, inclusive<br><br>          Defendants. | No. CV-19-02351-PHX-GMS<br><br>**JUDGMENT** |
| 1079765 B.C. Limited d/b/a N2 Pack Canada, Inc., a British Columbia entity; Eric Marciniak; Brendan Pogue; Alejo Abellan aka Alex Abellan; Chakra Cannabis Corp., a Canadian federal corporation<br><br>          Counterclaimants,<br><br>v.<br><br>N2 Packaging Systems, LLC, an Arizona limited liability company,<br><br>          Counterdefendant. | |

**IT IS HEREBY ORDERED** the Court having granted the parties' Stipulated

Motion for Entry of Final Judgment as to Defendant and Counterclaimant 1079765 B.C. d/b/a N2 Pack Canada (Doc. 189) enters Judgment as follows:

    1.     1079765 BC breached its contract with Plaintiff N2 Packaging Systems, LLC ("N2 Packaging");

    2.     1079765 BC breached the implied covenant of good faith and fair dealing with regard to its agreement with N2 Packaging;

    3.     1079765 BC misappropriated trade secrets from N2 Packaging and breached the confidentiality provisions of the contract;

    4.     1079765 BC tortiously interfered with contracts between N2 Packaging and third parties;

    5.     1079765 BC infringed N2 Packaging's patents;

    6.     N2 Packaging shall be awarded damages in the amount of $92,000.00; and

    7.     N2 Packaging shall be awarded attorneys' fees in the amount of $289,622.50.

N2 Packaging shall not enforce this Judgment against any other Defendant named in this action.

**IT IS FURTHER ORDERED** dismissing Plaintiff's claim for violation of the Arizona Consumer Fraud Act, A.R.S. § 44-1451, *et seq.* asserted against 1079765 BC.

**IT IS FURTHER ORDERED** dismissing the Counterclaim asserted by 1079765 BC against N2 Packaging.

**IT IS FURTHER ORDERED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure there is no just reason for delay and directing the Clerk to enter this final judgment as to all claims asserted by or against 1079765 BC.

Dated this 15th day of September, 2021.

_____
G. Murray Snow
Chief United States District Judge