Justin M. Brandt (SBN: 031573)
Nicholas J. Scavio (SBN: 028227)
Clark Wu (SBN: 035407)
**BIANCHI & BRANDT**
6730 N. Scottsdale Road, Ste. 100
Scottsdale, Arizona 85253
Telephone: 480.531.1800
justin@bianchibrandt.com
nick@bianchibrandt.com
clark@bianchbrandt.com
*Attorneys for Plaintiff and Counterdefendant*
*N2 Packaging Systems, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**STATE OF ARIZONA**

| | |
|---|---|
| N2 Packaging Systems, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>N2 Pack Canada, Inc., an unincorporated fictitious entity; Eric Marciniak, individually; Brendan Pogue, individually; Alejo Abellan aka Alex Abellan, individually; Chakra Cannabis Corp., a Canadian federal corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02351-PHX-GMS<br><br>**Stipulated Motion to Dismiss**<br><br>(The Honorable G. Murray Snow) |
| 1079765 B.C. Limited d/b/a N2 Pack Canada, Inc., a British Columbia entity; Eric Marciniak; Brendan Pogue; Alejo Abellan aka Alex Abellan; Chakra Cannabis Corp., a Canadian federal corporation,<br><br>Counterclaimants,<br><br>v.<br><br>N2 Packaging Systems, LLC, an Arizona limited liability company,<br><br>Counterdefendant. | |

///

Plaintiff/Counterdefendant N2 Packaging Systems, LLC ("Plaintiff" or "N2 Packaging") and Defendants/Counterclaimants 1079765 B.C. Limited d/b/a N2 Pack Canada, Inc. ("1079765 B.C."), Eric Marciniak ("Marciniak"), Brendan Pogue ("Pogue"), Alejo Abellan aka Alex Abellan ("Abellan"), and Chakra Cannabis Corp. ("Chakra") (collectively, "Defendants" and together with "Plaintiff," hereafter "the Parties"), hereby move this Court pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss all remaining claims and counterclaims not already resolved by the judgment entered by the Court (Doc. 192), with prejudice, each party to bear its own attorneys' fees and costs.

Entry of the proposed form of order lodged herewith will dismiss the remaining claims and parties from this action, with prejudice, each party to bear its own attorneys' fees and cost, as follows: (a) Counts Two, Three, Four, Five, Six, Nine, and Ten asserted in the First Amended Complaint against Defendants Abellan and/or Chakra; and (b) Counts One, Four, Seven, Eight, Nine and Ten asserted in the First Amended Complaint against Marciniak and Pogue; and (c) the Counterclaim asserted by Marciniak, Pogue, Abellan, and Chakra against Counterdefendant N2 Packaging. This form of order has no effect upon the final judgment entered against 1079765 B.C. (Doc. 192).

With the entry of the proposed form of order lodged herewith, and the Judgment entered against 1079765 B.C. (Doc. 192), there are no remaining claims asserted in this action against any party.  Accordingly, the Parties request the Court vacate all deadlines and conferences set forth in the Court's Orders (Doc. 183 and Doc. 185), including the Telephonic Final Pretrial Conference set for September 24, 2021, at 1:30 p.m.

RESPECTFULLY SUBMITTED this 15th day of September, 2021.

**BIANCHI & BRANDT**

*/s/ Nicholas J. Scavio*_____
Justin M. Brandt, Esq.
Nicholas J. Scavio, Esq.
Clark Wu, Esq.
6730 N. Scottsdale Road, Suite 100
Scottsdale, AZ 85253

*Attorneys for Plaintiff/Counterdefendant*

**LIMÓN-WYNN LAW, PLLC**

*/s/ Monica A. Limón-Wynn (w/ permission)*
Monica A. Limón-Wynn, Esq.
1400 E. Southern Ave., Ste. 915
Tempe, Arizona 85282
*Attorneys for Defendants and Counterclaimants N2 Pack Canada, Inc., Eric Marciniak, and Brendan Pogue*

**WILENCHIK & BARTNESS**

*/s/ Brian J. Foster (w/ permission)*
Brian J. Foster, Esq.
Karl McKay Worthington, Esq.
2810 N. Third Street
Phoenix, Arizona 85004
*Attorneys for Chakra Cannabis Corp.*

**ALEJO ABELLAN**

*/s/ Alejo Abellan (w/ permission)*
Alejo Abellan
4570 Blenkinsop Road
Victoria, British Columbia V8X2C5
*Pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which transmitted notice of the filing to all counsel of record.

Monica A. Limón-Wynn, Esq.
Limón-Wynn Law, PLLC
1400 E. Southern Ave., Ste. 915
Tempe, Arizona 85282
mlimon-wynn@MLWLawAZ.com
*Attorneys for N2 Pack Canada, Inc.,*
*Eric Marciniak, and Brendan Pogue*

Brian J. Foster, Esq.
Wilenchik & Bartness
2810 N. Third Street
Phoenix, Arizona 85004
admin@wb-law.com
bfoster@wb-law.com
*Attorneys for Chakra Cannabis Corp.*

Alejo Abellan
4570 Blenkinsop Road
Victoria, British Columbia V8X2C5
alex@chakracannabis.com
*Pro se*


By: /s/ *Nicholas J. Scavio*